DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Coreen Cutlip
Docket No.: 2:05-00018-01

TO: The Honorable Juliet E. Griffin, U.S. Magistrate Judge

On January 13, 2006, the following evidence was seized during the defendant's period of pretrial supervision and her case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 264 | 1 | small amount of white powder (untested) |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Juliet E. Griffin
U.S. Magistrate Judge